1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson                  )  Case No. 2:09-cv-02597-   ;GGH
                                      )
14         Plaintiff,                 )  **STIPULATION AND         ORDER**
                                      )  **RE REQUEST FOR ADDITIONAL TIME**
15    vs.                             )  **TO FILE DISPOSITIONAL DOCUMENTS**
                                      )
16  Art Restaurants California,       )
                                      )
17  Inc., et al,                      )
                                      )
18         Defendants                 )

19

20       Plaintiff, Scott N. Johnson, and Defendant, Art
21  Restaurants California, Inc., by and through their
22  respective attorneys of record (Scott N. Johnson; Catherine
23  M. Corfee) hereby request an extension of time until
24  February 15, 2011 to file dispositional documents for this
25  case.  Plaintiff and Defendant are in the process of
26  finalizing a settlement agreement and need longer than the
27  20 day grace period.

28

1  Dated:   January 21, 2011                /s/Scott N. Johnson
2                                           Scott N. Johnson,
3                                           Attorney for Plaintiff
4
5  Dated:   January 21, 2011                /s/ Catherine M. Corfee
6                                           Catherine M. Corfee,
7
8                                           Attorney for Defendant,
9                                           Art Restaurants
                                            California, Inc.
10
11
12
13                              **ORDER**
14
15 IT IS HEREBY ORDERED THAT the parties shall file
16 dispositional documents no later than February 15, 2011.
17 Date: Feb 9, 2011             GREGORY G. HOLLOWS
18
19                              _____
                                Judge  of  the  United  States
20                              District Court
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL

CIV: S-09-cv-02597-GGH - 2